AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08 CR 240 (NG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DINO CALABRO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/4/2008 | *signature* / CR |
| Date | Signature |
| | LEE A. GINSBERG |
| | Print Name — 7724 Bar Number |
| | 30 VESEY STREET, SUITE 100 |
| | Address |
| | NEW YORK   NY   10007 |
| | City   State   Zip Code |
| | (212) 608-0808   (212) 962-9696 |
| | Phone Number   Fax Number |