

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                         *271 Cadman Plaza East*
F.#2005R00248                       *Brooklyn, New York  11201*

April 7, 2010

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Thomas Gioeli, et al.
           Criminal Docket No. 08-240 (S-4) (BMC)

Dear Judge Cogan:

     The government writes respectfully in anticipation of the April 9, 2010 status conference in the above-referenced case. The government and defense counsel jointly anticipate that the following items will be addressed at the conference: (a) the status of the death penalty review process; (b) the status of discovery in the case.

     Thank you for your consideration of this letter.

                        Respectfully submitted,

                        BENTON J. CAMPBELL
                        UNITED STATES ATTORNEY

               By:  /s/ James D. Gatta
                    Elizabeth A. Geddes
                    James D. Gatta
                  Cristina M. Posa
                  Assistant U.S. Attorneys

cc:  Clerk of the Court (BMC) (by ECF)
     All Counsel (by ECF)