# RICHARD JASPER
**Attorney at Law**
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone (212) 689-3858
Fax (212) 689-0669
ricjasp@aol.com

August 30, 2017

**By Hand Delivery**
**To be Filed Under Seal**

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Dino Calabro, et al.
                  08 Cr. 240 (BMC)
                  10 Cr. 492 (BMC)

Dear Judge Cogan:

     Mr. Calabro entered into a guilty plea before Your Honor in a sealed proceeding, 10 Cr. 492 (BMC), on June 30, 2010. Mr. Dino Calabro is currently scheduled to be sentenced on September 15, 2017. This letter is respectfully submitted as Mr. Calabro's sentencing memorandum. Mr. Calabro has been in federal custody since June 4, 2008. He is currently in the Bureau of Prisons Witness Security Program. The Five-Count information charged Dino Calabro with racketeering conspiracy, murder and murder conspiracies. Defense counsel has reviewed the Pre-Sentence Report with Mr. Calabro.

## Comments on the PSR

     ¶ 57: The probation department refers to Mr. Calabro as a captain in the Bonnano crime family. Mr. Calabro was a captain in the Colombo crime family.

Submitted with this letter are a letter from Mr. Calabro [redacted] and certificates he has earned while in custody [redacted]

## Early Background

[redacted]

[redacted]





## Dino Calabro's Cooperation with the Government

Based upon extensive and detailed conversations with the government, a motion pursuant to U.S.S.G. 5K1.1 and 18 U.S.C. 3553(e) will be made in connection with the sentencing of Dino Calabro. While Dino Calabro was not the first defendant to cooperate with the government, Mr. Calabro was clearly the highest-ranking member of the charged defendants to cooperate with the government. As the government will describe in meticulous and lengthy detail, Dino Calabro provided critical and substantial assistance to the government based upon his rank as a "captain" in the Colombo crime family of La Cosa Nostra (LCN), and the most trusted aide to the acting boss of the family, Thomas Gioeli.

As the acting or street boss, Mr. Gioeli was the most powerful member of the Colombo crime family not incarcerated. In fact, Dino Calabro became the captain of the very same crew that Gioeli commanded as captain prior to his promotion to acting boss. Gioeli relied upon this crew to commit several murders to protect or enhance the enterprise, including the murder of William "Wild Bill" Cutolo, the underboss but one time leader of the Arena faction of the Colombo crime family.



As a high ranking, influential, captain in the Colombo crime family, Mr. Calabro was privy, to information and evidence inaccessible to a soldier, or traditional captain. In short, Mr. Calabro functioned at a level higher than most captains as a result of his relationship with acting boss Thomas Gioeli that began when Dino Calabro was eighteen years old.

Based upon recent extensive discussions with the government's counsel, Dino Calabro's cooperation includes, but is not limited to items below:



- Provided valuable intelligence as a result of direct and indirect dealings with others high ranking members of LCN.

- Calabro testified in two highly public trials, United States v. Gioeli, and United States v. Cacace, before this Court. These trials resulted in the conviction of acting boss Thomas Gioeli, and Dino Saracino. These trials also exposed Mr. Calabro and his wife to scurrilous attacks on the internet.

4

- Provided information of several murders, and murder conspiracies included in the December 2008 superseding indictment and the June 2010 superseding information to which Calabro pled guilty.

- Provided information regarding the highly explosive internal Colombo family war between the Arena and Persico factions. This information included direct evidence of orders from the boss and acting boss of the Colombo crime family.

- Provided information regarding the murders of John Minerva and Michael Imbergamo.

- Provided information regarding the murder of Joseph Miccio

- Provided information regarding the murder of Joseph Scopo

- Detailed the murder of Carmine Gargano and the Calabro role of accessory after the fact.

- Provided information regarding the murder of Richard Greaves

- Provided information regarding the murder of Ralph Dols. The government credits that Calabro, Gioeli, Competiello, and Saracino did not know that Ralph Dols was a police officer. Significantly, Calabro testified that when asked where the subject to be murdered lived, Gioeli replied that codefendant Joel Cacace did want the murder done at Ralph Dols' workplace. This was clearly an attempt to conceal the status of Ralph Dols as a police officer.

- Provided information regarding the murder of William "Wild Bill" Cutolo (the government learned facts details leading up to and including the murder after a long and extensive investigation of the Cutolo murder)

- Provided numerous murder conspiracies involving members of LCN detailed in the expected government submission.

Additional information provided by Dino Calabro included:

- The murder of Joseph Scopo

- ███████████████████████████

- ██████████████████████

- ███████████████████████████████

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

### **Dino Calabro Today**

The swagger is gone.  The power has evaporated.  The so-called respect of being a made-man, a "wiseguy" is finally shattered.  Dino Calabro understands that his actions have shattered the lives of the victims' family, and [redacted]

[redacted]

[redacted]

[redacted]

6



[redacted]

[redacted]

[redacted]

[redacted]

**<u>Social Media Impact On This Case</u>**

[redacted]

[redacted]

## **Dino Calabro's Health**



Dino is fifty-one years old.

## **Recommendation**

In light of the substantial and vital assistance rendered to the government, and Dino Calabro's unique position as a high ranking, trusted member of the Colombo crime family, the defense respectfully requests that the Court impose a sentence of one-hundred twenty months. This request is guided, in part, by the two-hundred twenty four months sentence imposed on Thomas Gioeli after a jury trial, and the one-hundred forty four months sentence imposed upon Joseph Competiello.

Respectfully submitted,

_____/s/_____
Richard Jasper, Esq.
Attorney for *Dino Calabro*